IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| GILLIAN CAMER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>COVERAGEX LLC<br><br>*Defendant*. | Case No. 2:25-cv-00139-JB-B |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Jessica Murch hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

RESPECTFULLY SUBMITTED AND DATED this 5th day of August, 2025.

                                                                                           PLAINTIFF,
                                                                                           By her attorneys,

                                                                                           By: *s/ Anthony I. Paronich*
                                                                                          Anthony I. Paronich
                                                                                          Paronich Law, P.C.
                                                                                          350 Lincoln Street, Suite 2400
                                                                                          Hingham, MA 02043
                                                                                          (508) 221-1510
                                                                                          anthony@paronichlaw.com